IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-01354-MSK-MEH

GRACE ARLENE MOSLEY,

    Plaintiff,

v.

THE CITY AND COUNTY OF DENVER, a Municipal Corporation of the State of Colorado,
MARTIN MARTINEZ, in his individual and official capacity as an City and County of Denver
  Police Officer,
JOSE HURTADO, in his individual and official capacity as a City and County of Denver Police
  Officer and
JOHN DOE CITY AND COUNTY OF DENVER POLICE OFFICERS, whose names are
unknown, in their individual and official capacity as Denver Police Officers,

    Defendants.

## ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

IT IS ORDERED that, as to any exhibits and depositions to be used during this case, counsel for the parties shall obtain such exhibits and depositions from the Court within 30 days after any judgment is entered or closure of the case. Counsel shall retain same for 60 days beyond the later of the time to appeal or conclusion of any appellate proceedings. Failure to retrieve exhibits and depositions in conformance with this Order may result in their destruction.

Dated this 3rd day of July, 2007.

                              **BY THE COURT:**

                              Marcia S. Krieger
                              United States District Judge