IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01354-MSK-MEH

GRACE ARLENE MOSLEY,

    Plaintiff,
v.

THE CITY AND COUNTY OF DENVER, a Municipal Corporation of the State of Colorado,
MARTIN MARTINEZ, in his individual and official capacity as a City and County of Denver Police Officer,
JOSE HURTADO, in his individual and official capacity as a City and County of Denver Police Officer, and
JOHN DOE CITY AND COUNTY OF DENVER POLICE OFFICERS, whose names are unknown, in their individual and official capacities and Denver Police Officers,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 21, 2007.**

    The parties' Stipulated Motion for Protective Order [filed November 20, 2007; doc #10] is **granted**. The Protective Order will be filed contemporaneously with this Order.